08/13/2015  08:41  2125454079          JACKSON LEWIS LLP          PAGE 01/01

# jackson|lewis
### Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC
ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD
ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA
AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA
BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO
BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA
BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA
CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR
CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA
CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT
DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL
DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION
DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY
DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI

MY DIRECT DIAL IS: (212) 545-4043
MY EMAIL ADDRESS IS: Orla.McCabe@JacksonLewis.com

August 13, 2015

**VIA ECF AND FAX (212) 805-7912**

Honorable John G. Koeltl, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


RECEIVED
AUG 13 2015
CHAMBERS OF
JOHN G KOELTL
U.S.D.J.

Re:   *Nurse v. Tourneau, LLC*
      Case No.: 15 CV 2047 (JGK)(AJP)

Dear Judge Koeltl:

We represent Defendant Tourneau, LLC in the above-referenced matter.

We write, with the consent of Plaintiff's counsel, to respectfully request that the Parties be given a one week extension of time from August 13, 2015 up to and including August 20, 2015 to submit the settlement agreement in this matter with a letter outlining the fairness and reasonableness of the settlement. We are requesting this extension of time because the Parties reached agreement on the settlement amount yesterday and have not yet finalized and executed the settlement agreement.

Thank you for Your Honor's time and consideration in this matter.

Respectfully Submitted,
JACKSON LEWIS P.C.

Orla J. McCabe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/13/15

cc:   Justin Reilly, Esq. (via ECF)
      Wendy Mellk, Esq. (via ECF)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
8/13/15